UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL TAWWAB,

    Petitioner,                                         Case No. 1:07-cv-192

v                                                  HON. JANET T. NEFF

KENNETH MCKEE,

    Respondent.
_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt 35) are DENIED and the Report and Recommendation (Dkt 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: March 8, 2010                                        /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                      United States District Judge