UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL TAWWAB,

                Petitioner,

vs.

KENNETH MCKEE,

                Respondent.

_____/

Case No. 1:07-cv-192

Hon. Janet T. Neff

**ORDER**

          The court dismissed petitioner's habeas action brought pursuant to 28 U.S.C. § 2254. *See* docket nos. 36 and 37. This matter is now before the court on petitioner's motion for appointment of counsel on appeal (docket no. 46). Petitioner's motion is not properly before this court. His *pro se* appeal is pending in the Sixth Circuit Court of Appeals. *See Tawwab v. McKee*, No. 10-1394 (6th Cir.). The Sixth Circuit regulates the admission and conduct of the attorneys practicing before it. *See*, e.g., Fed. R. App. P. 46 and 6 Cir. R. 46. Petitioner should address his request for appointment of counsel to that court. Accordingly, petitioner's motion for appointment of counsel is **DENIED**.

          **IT IS SO ORDERED.**


Dated: June 1, 2010               /s/ Hugh W. Brenneman, Jr.
                                    HUGH W. BRENNEMAN, JR.
                                    United States Magistrate Judge